UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| PAUL HOOPINGARNER, ) | 2:21-cr-0014 JPH -CMM |
| ) | |
| (a.k.a. "domeeasy69") ) | |
| ) | |
| Defendant. ) | |

FILED
MAY 04 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## INDICTMENT

The Grand Jury charges that:

### General Allegations for All Counts

At times material to these charges:

1. The Defendant, PAUL HOOPINGARNER, a.k.a. "domeeasy69" (hereinafter "HOOPINGARNER"), was a resident of Terre Haute, Indiana, which is in the Southern District of Indiana.

2. On or about March 18, 1996, HOOPINGARNER was convicted of Child Molesting, in violation of Indiana Code § 35-42-4-3(a), a Class B Felony, in the Morgan Superior Court 1.

3. **Distributing and Receiving Visual Depictions of Minors Engaging in Sexually Explicit Conduct (18 U.S.C. § 2252(a)(2)):** Under the

1

United States Code, it is unlawful for a person to distribute and receive any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct.

4.  **Possession of Child Pornography (18 U.S.C. § 2252A(a)(5)(B)):** Under the United States Code, it is unlawful for a person to knowingly possess 1 or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or which was produced using materials which have been mailed or shipped or transported by any means, including by computer, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. Title 18, United States Code, Section 2252A(a)(5)(B).

5.  "Child Pornography" means any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor

2

engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct. See 18 U.S.C. § 2256.

6. The term "minor" is defined as a person under the age of 18 years. 18 U.S.C. § 2256(1).

7. The term "visual depiction" is defined as to include undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

8. The term "sexually explicit conduct" means actual or simulated sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; bestiality, masturbation; sadistic or masochistic abuse; or lascivious exhibition of the genitals or pubic area of any person. 18 U.S.C. § 2256.

## COUNTS ONE THROUGH THREE
## 18 U.S.C. § 2252(a)(2) and (b)(1)
## (Distributing Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

9. On or about the dates listed below in each separate Count, in the Southern District of Indiana and elsewhere, the Defendant, PAUL HOOPINGARNER (a.k.a. "domeeasy69"), knowingly distributed any visual depiction using any means or facility of interstate or foreign commerce or that had been mailed, or had been shipped or transported in or affecting interstate or foreign commerce, or which contained material which had been mailed or so shipped or transported, by any means including by computer, or knowingly reproduced any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mail, the producing of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, including the following distribution to the Individual described in each Count:

| Count | Date | To | File Name |
|---|---|---|---|
| 1 | January 28, 2021 | Individual A | 0be2d46b-23fe-4f0b-9eaa-035fbe591244.mp4 |
| 2 | February 11, 2021 | Individual A | 2417e7e9-4d77-4118-89cd-7ab65010315d.mp4 |
| 3 | February 20, 2021 | Individual A | ed2b9b36-e31e-4d92-8ff0-b8a1b354f084.mp4 |

4

Each Count of which is a separate violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNTS FOUR THROUGH SIX
### 18 U.S.C. § 2252(a)(2) and (b)(1)
### (Receiving Visual Depictions of Minors Engaging in Sexually Explicit Conduct)

10. On or about the dates listed below in each separate Count, in the Southern District of Indiana and elsewhere, the Defendant, PAUL HOOPINGARNER (a.k.a. "domeeasy69"), knowingly received any visual depiction using any means or facility of interstate or foreign commerce or that had been mailed, or had been shipped or transported in or affecting interstate or foreign commerce, or which contained material which had been mailed or so shipped or transported, by any means including by computer, or knowingly reproduced any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mail, the producing of which visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, including the following receipt from the Individual described in each Count:

| Count | Date | From | File Name |
| --- | --- | --- | --- |
| 4 | January 18, 2021 | Individual A | 92bd135c-4f1e-4791-82e8-98af963d508e |
| 5 | February 11, 2021 | Individual A | 54fda793-7376-4aa4-9ceb-d1132eec9e99 |
| 6 | February 11, 2021 | Individual A | a94aceac-1a7e-4e3c-8b06-1fe923baa01f |

Each Count of which is a separate violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## COUNT SEVEN
## 18 U.S.C. § 2252A(a)(5)(B) and (b)(1)
## (Possession of Child Pornography)

11. On or about March 11, 2021, within the Southern District of Indiana and elsewhere, the defendant, PAUL HOOPINGARNER (a.k.a. "domeeasy69"), knowingly possessed material, namely, a cellular phone Samsung Model SM-S102DL/IMEI 357855108980653, and a cellular phone, Alcatel Model A502DL/IMEI 015145001090139, that contained one or more images and videos of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images and videos having been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, and the child pornography included depictions of minors under the age of 12 years;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(1).

## FORFEITURE

12. The allegations in this Indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code,

Section 2253, and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure.

13. In accordance with 18 U.S.C. § 2253 and Rules 7(c)(2) and 32.2(a) of the Federal Rules of Criminal Procedure and premised upon the conviction of defendant PAUL HOOPINGARNER (a.k.a. "domeeasy69") of violations of Chapter 110, Title 18, United States Code, Sections 2252, and 2252A as set forth in Counts 1 through 7 of this Indictment, the defendant PAUL HOOPINGARNER, shall forfeit to the United States any personal property used or intended to be used to commit or to promote the commission of the offenses set forth in the Indictment.

14. Such property includes, but is not limited to:

| Type | Make/Model |
|---|---|
| Cell Phone | A Samsung Model SM-S102DL/IMEI 357855108980653LGM327 X Charge |
| Cell Phone | Alcatel Model A502DL/IMEI 015145001090139 |

A TRUE BILL:

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Tiffany J. Preston
Assistant United States Attorney